UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENDRICK L. ADAMS  )
　　　Plaintiff　　　　)
　　　　　　　　　　　)
vs.　　　　　　　　　　)　　Case No. 08-3119
　　　　　　　　　　　)
DOCTOR LOWELL BROWN )
MARTHA FLUCKEY　　　 )
　　　　　　　　　　　)
　　　　　　　　　　　)
　　　Defendant(s)　　)

FILED
MAY 22 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT

[x] 42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ] 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ] Other _____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, KENDRICK L. ADAMS, and states as follows:

My current address is: WESTERN ILLINOIS CORRECTIONAL CENTER, 2500 RT. 99 SOUTH MT. STERLING, IL 62353

The defendant DOCTOR LOWELL BROWN, is employed as WEXFORD HEALTH SOURCES, INC., at WESTERN ILLINOIS CORRECTIONAL CENTER.

The defendant MARTHA FLUCKEY, is employed as FOOD SERVICE MANAGER at WESTERN ILLINOIS CORRECTIONAL CENTER.

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?      Yes ☒      No ☐

If yes, please describe   MEDICAL MALPRACTICE/ CRUEL AND UNUSUAL PUNISHMENT SERIOUS MEDICAL NEEDS AND MISSTREATMENT.

B. Have you brought any other lawsuits in state or federal court while incarcerated?

      Yes ☒      No ☐

C. If your answer to B is yes, how many?  1   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s)   KENDRICK L. ADAMS

      Defendant(s)  TIMOTHY BUKOWSKI

                    NURSE JEAN.

   2. Court (if federal court, give name of district; if state court, give name of county)

   KANKAKEE COUNTY

   3. Docket Number/Judge  JAMES B. ZAGEL   DSC 6271

2

4. Basic claim made <u>GIVING ME THE WRONG MEDICATION AND SPECIFICALLY DENYING ME MEDICAL TREATMENT</u>

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) <u>CASE CLOSED ON 05-12-2006</u>

6. Approximate date of filing of lawsuit <u>FEB 17, 2006</u>

7. Approximate date of disposition <u>05-12-2006</u>

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence WESTERN ILLINOIS CORRECTIONAL CENTER

Date of the occurrence NOVEMBER 18, 2005

Witnesses to the occurrence LARRY C. HARRIS (1157672) CHRIS POORE (B32011) JIMMIE HAYES (H08409) AND JOHN K. ADAMS (A97885)

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

EIGHT AMENDMENT U.S. CONSTITUTION/DELIBERATE INDIFFERENT CRUEL AND UNUSUAL PUNISHMENT. I AM SOY INTOLERANT. I HAVE SOUGHT MEDICAL TREATMENT FROM WEXFORD PROVIDER DOCTOR LOWELL BROWN, DOCTOR LOWELL BROWN HAS REFUSE TO GIVE ME ADEQUATE MEDICAL CARE FOR MY SOY INTOLERENT AND REFUSE TO GIVE ME A SOY FREE DIET TO SUSTAIN MY HEALTH. I WROTE MARTHA FLUCKEY THE FOOD SERVICE MANAGER REQUESTING A SOY FREE DIET SHE REFUSE TO GIVE ME ONE. EVERY DAY WHEN I GO TO THE CHOW HALL I HAVE TO CHOOSE BETWEEN EATING AND GETTING SICK, OR NOT EATING AND STARVING. THIS IS CRUEL AND UNUSUAL PUNISHMENT.

4

## RELIEF REQUESTED

(State exactly what relief you want from the court.)

I WANT A SOY FREE DIET, I WANT ADEQUATE MEDICAL CARE, AND $6,000,000.00 FOR MY PAIN AND SUFFERING.

**JURY DEMAND**     Yes [✓]     No [ ]

Signed this TUESDAY day of MAY 20, 2008.

Kendrick d. Adams
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| KENDRICK L. ADAMS | R48185 |
| Address: WESTERN ILLINOIS CORRECTIONAL CENTER 2500 RT. 99 SOUTH MOUNT STERLING, IL 62353 | Telephone Number: (217) 773-4441 |

6

PLAINTIFF'S EXHIBITS ATTACHED:

EXHIBIT (A) PAGES 1 THRU 25 ~ PRIOR LEGAL ACTION:
EXHIBIT (B) PAGES 1 THRU 5 ~ MEDICAL RECORDS:
EXHIBIT (C) PAGES 1 THRU ~ 7 GRIEVANCES:
EXHIBIT (D) PAGES 1 THRU ~ 17 · GRIEVANCES:
EXHIBIT (E) PAGES 1 THRU ~ 43 ~ SOY EVIDENCE: